JOSEPH GINOLINO, Respondent, v. FRANK LANE, Doing Business under the

Firm Name and Style of FRANK LANE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.